IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BEN DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CR FITNESS HOLDINGS, LLC,<br><br>Defendant. | CASE NO.: 8:23-CV-02333 |

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01, Defendant CR Fitness Holdings, LLC ("CR Fitness") moves for an extension until February 5, 2024, to respond to the Complaint (ECF No. 1) and states as follows:

1. Plaintiff Ben Davis filed the Complaint on October 13, 2023.

2. CR Fitness was served October 31, 2023, making its response due, November 21, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i).

3. The Court extended the time for CR Fitness to respond until January 5, 2024, while the Parties investigated Mr. Davis's allegations. ECF No. 17.

4. The Parties have been in communication regarding their investigations of the claims and potential settlement. Recently, the Parties agreed to exchange additional information to see whether those records support the allegation that CR Fitness made the call Mr. Davis alleges he received.

5. The Parties have agreed to allow CR Fitness a 30-day extension to respond to the Complaint, making its response due February 5, 2024.

6. Under Federal Rule of Civil Procedure 6(b), courts may extend a deadline for good cause. Further, district courts have "broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). This broad discretion extends to "the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001).

7. As good cause for the extension, CR Fitness states the extension is likely to foster resolution of factual disputes as the Parties continue to investigate Mr. Davis's claims, and the extension could give the Parties time to resolve this action without unnecessary expenses associated with CR Fitness responding to the Complaint.

8. As such, CR Fitness submits the Parties have demonstrated good cause for the extension.

WHEREFORE CR Fitness requests the Court (1) grant this Motion and (2) grant CR Fitness an extension to respond to the Complaint until February 5, 2024.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for CR Fitness certifies that she conferred with counsel for Mr. Davis via telephone and email several times the week of January 1, 2024, regarding this motion. Mr. Davis does not oppose the requested relief.

/s/ *Alexis Buese*
Alexis Buese (Fla. Bar No. 95777)
Jacob Hanson (Fla. Bar No. 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email: abuese@bradley.com
Primary Email: jhanson@bradley.com
Secondary Email: syazbek@bradley.com
**Counsel for CR Fitness Holdings, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Alexis Buese*
Alexis Buese