IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**BEN DAVIS**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                                  Case No.: 8:23-CV-02333

**CR FITNESS HOLDINGS, LLC,**

    Defendant.

_____/

## AFFIDAVIT OF KENDALL LANESE

**STATE OF FLORIDA**

**COUNTY OF** Pinellas

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Kendall Lanese, who is personally known to me, and after being duly sworn according to law, upon his oath, deposed and said:

1. My name is Kendall Lanese. I am over 18 years of age and have never been convicted of a felony or a crime involving moral turpitude. I am competent to make this affidavit. All facts contained in this affidavit are within my personal knowledge and are true and correct.

2. I am employed with CR Fitness Holdings, LLC, as Chief Marketing Officer. CR Fitness Holdings, LLC is in the business of providing fitness facilities and services to its members. CR Fitness is the largest franchisee of Crunch Fitness Inc. in the nation.

3. In my capacity as Chief Marketing Officer for CR Fitness Holdings, LLC, I am responsible for maintaining call log and client database records in the possession, custody, or control of CR Fitness Holdings, LLC relating to CR Fitness Holdings, LLC's member database,

including the database for its Plano location that contains all call and text message logs for said location.

4. Such records are kept and maintained in the custody and control of CR Fitness Holdings, LLC, in the ordinary course of its regularly conducted business activities. Further, making such documents is a regular practice of CR Fitness Holdings, LLC's business activities.

5. In October 2023, CR Fitness Holdings, LLC promoted the opening of a new facility in Plano, Texas. As part of the marketing for the new location, CR Fitness advertised a "Founders' Day" sale that would allow the first 500 members to lock in their membership rate.

6. The Founders' Day promotion was conducted in multiple ways. There were QR codes placed outside the location of the new facility, promoters at events around town also had QR codes that could be scanned, and links on CR Fitness Holdings, LLC's new Plano location social media pages had links advertising the promotion. To sign up for the promotion, interested individuals had to use the QR code or social media link.

7. The QR codes and social media links all directed to a web form that required interested individuals to provide their name, telephone number, email address, and zip code. The web form also included a box users had to select before submitting their information that indicated their "express written consent" to receive communications from CR Fitness Holdings, LLC about the new Plano location.

8. After submitting information via the web form, a text message was automatically sent to the number listed in the web form, stating:

> [NAME], we received your Founders Rate Reservation! You are opted-in to receive recurring messaging from Crunch Fitness Plano. Msg frequency varies. Message & data rates may apply. Crunch.com/locations/plano Text STOP to opt-out CALL for info

9. The information submitted in the web form was populated to a database consisting solely of individuals who requested information about the Plano location. No other contact information or phone numbers is included in the database.

10. On October 6, 2023, beginning at noon Central Time, a prerecorded message was sent to the phone numbers contained in the database of individuals who had requested more information about the Plano location, promoting a Founders' Day sale.

11. I certify that CR Fitness Holdings, LLC uses a sole vendor to place calls in compliance with the relevant regulations. More specifically, CR Fitness Holdings, LLC does not use any other vendor to place recorded calls to its members.

12. The prerecorded Founders' Day sale call was sent on behalf of CR Fitness Holdings, LLC only by its sole vendor—the prerecorded call was not made by or from any other CR Fitness Holdings, LLC phone.

13. Upon receipt of the lawsuit brought by Ben Davis, I personally reviewed the CR Fitness Holdings, LLC records relating to the Founders' Day sale call. This included the call log from CR Fitness Holdings, LLC's sole vendor for the Founders' Day sale call on October 6, 2023; call logs for CR Fitness Holdings, LLC's call logs for its Plano location on October 6, 2023; CR Fitness Holdings, LLC's cellular provider's (Verizon) call logs for the cell phone number used in the Plano location on October 6, 2023; and CR Fitness Holdings, LLC's member database for the Plano location.

14. I certify that the vendor's call log for the October 6 Founders' Day sale call does not include a call to (214) 385-3278, the number provided by Mr. Davis's counsel as the number at which he allegedly received a call from CR Fitness Holdings, LLC.

15. I certify that the call logs for CR Fitness Holdings, LLC's Plano location on October 06, 2023, do not include a call to (214) 385-3278.

16. I certify that Verizon's call logs of CR Fitness's cell phone used for the Plano location on October 6, 2023, do not include a call to (214) 385-3278.

17. I further certify that there is no record in CR Fitness Holdings, LLC's entire member database of any call to (214)-385-3278.

18. Further, phone number (214)-385-3278 cannot be found anywhere in CR Fitness Holdings, LLC's entire call log database until November 2, 2023, when the number called the Plano Crunch Fitness.

[INTENTIONALLY LEFT BLANK]

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Kendall Lanese

STATE OF <u>FLORIDA</u>

COUNTY OF <u>HILLSBOROUGH</u>

Sworn to, or affirmed, and subscribed before me by means of (check one): ☐ physical presence or ☒ online notarization, on <u>February 7</u>, 2024 by <u>KENDALL LANESE</u>, who (check one): ☒ is personally known to me or ☐ has produced _____ as identification.

(Affix Seal)

Notary Public State of Florida
Rosetta Meadows
My Commission HH 138692
Expires 06/01/2025

_____
Notary Public

Rosetta Meadows
(Type or print name)

My Commission Expires: 6/01/2025