## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BEN DAVIS, individually and
on behalf of all others similarly situated,

                                        Case No.: 8:23-cv-02333-SDM-AEP

    Plaintiff,

v.

CR FITNESS HOLDINGS, LLC,

    Defendant.

_____/

## NOTICE OF MEDIATION CONFERENCE
## (VIA ZOOM)

      **PLEASE TAKE NOTICE** that, pursuant to this Court's June 20, 2024 Order (ECF No. 44), a mediation conference in the above-styled case has been scheduled for September 16, 2024, at 9:30 a.m. with mediator Jack Townsend via Zoom. **An email invitation including meeting ID and passcode to participate via Zoom will be provided to the parties before the conference.**

Respectfully Submitted:

*/s/ Alexis Buese*
Alexis Buese (Fla. Bar No. 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Water Street, Suite 1000
Tampa, FL 33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email: abuese@bradley.com
Secondary Email: jbrandt@bradley.com
*Counsel for CR Fitness Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, I electronically served the foregoing on all counsel of record.

By: _/s/ Alexis Buese_
        Alexis Buese