UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEN DAVIS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                     CASE NO.: 8:23-cv-02333-SDM-AEP

CR FITNESS HOLDINGS, LLC,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the following deposition by oral examination at the date, time, and place indicated below:

| **DEPONENT** | **DATE AND TIME** | **LOCATION** |
|---|---|---|
| Ben Davis | September 9, 2024<br>9:30 a.m. EST | Bradley Arant Boult Cummings<br>1001 Water St. – Suite 1000<br>Tampa, FL  33602,<br>Via Zoom (link to be provided<br>to counsel for Plaintiff) |

The deposition will occur before a notary public or person duly authorized by law to take depositions who is not of counsel to the parties or interested in the events of the cause. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as permitted under the Federal Rules of Civil Procedure,

and other applicable law. The deposition will be recorded by stenographic means and will continue from day to day until completed.

Dated: August 16, 2024

Respectfully submitted,

/s/ Alexis Buese
Alexis Buese (Fla. Bar No. 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, FL 33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email: abuese@bradley.com
Secondary Email: jbrandt@bradley.com
*Counsel for CR Fitness Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ Alexis Buese
Alexis Buese

2