UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEN DAVIS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                CASE NO.: 8:23-cv-02333-SDM-AEP

CR FITNESS HOLDINGS, LLC,

    Defendant.
_____/

## AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the following deposition by oral examination at the date, time, and place indicated below:

| DEPONENT | DATE AND TIME | LOCATION |
|---|---|---|
| Ben Davis | September 17, 2024 9:30 a.m. EST | Bradley Arant Boult Cummings 1001 Water St. – Suite 1000 Tampa, FL 33602, Via Zoom – Meeting ID: 99540411092 Password: 11655627 |

The deposition will occur before a notary public or person duly authorized by law to take depositions who is not of counsel to the parties or interested in the events of the cause. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as permitted under the Federal Rules of Civil Procedure,

and other applicable law. The deposition will be recorded by video and stenographic means and will continue from day to day until completed.

Dated: August 22, 2024

        Respectfully submitted,

        /s/ Alexis Buese
        Alexis Buese (Fla. Bar No. 95777)
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        1001 Water Street, Suite 1000
        Tampa, FL 33602
        Telephone: (813) 559-5500
        Fax: (813) 229-5946
        Primary Email: abuese@bradley.com
        Secondary Email: jbrandt@bradley.com
        *Counsel for CR Fitness Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

        /s/ Alexis Buese
        Alexis Buese