# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:23-cv-2333-SDM-AEP | DATE: | September 6, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **BEN DAVIS**  Plaintiff, v. **CR FITNESS HOLDINGS, LLC**  Defendant | | **PLAINTIFF COUNSEL** Elliot Jackson | |
| | | **DEFENDANT COUNSEL** Alexis Buese, Jacob Hanson, Stephen Parsley | |
| **COURT REPORTER:** DIGITAL - | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 3:00 to 3:37    **TOTAL:** 37 min | | **COURTROOM:** | ZOOM |

**PROCEEDINGS:**   ZOOM MOTION HEARING

First MOTION for Protective Order by CR Fitness Holdings, LLC. (#50).   Response #53.

Oral argument heard.

Court reviews the deadlines with counsel.

Motion granted in part and denied in part.   Order to be entered.

Status hearing: January 7 at 10:00 am via zoom.