IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEN DAVIS, *individually and*
*on behalf of all others similarly situated*,

        Plaintiff,        Case No. 8:23-CV-02333-SDM-AEP

v.

CR FITNESS HOLDINGS, LLC,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, hereby notify the Court that this matter was settled pursuant to Local Rule 3.09(a). The parties will file an appropriate Stipulation dismissing this matter with prejudice once the final settlement documents have been executed.

Date: September 10, 2024        Respectfully submitted,

**BRADLEY ARANT BOULT**        **HEDIN LLP**
**CUMMINGS LLP**

/s/ Alexis Buese        /s/ Elliot O. Jackson
Alexis Buese (Fla. Bar No. 95777)        Elliot O. Jackson (FBN: 1034536)

| | |
|---|---|
| 1001 Water Street, Suite 1000<br>Tampa, FL 33602<br>Telephone: (813) 559-5500<br>Fax: (813) 229-5946<br>Primary Email: abuese@bradley.com<br>Secondary Email: syazbek@bradley.com<br><br>*Counsel for CR Fitness Holdings, LLC* | Frank S. Hedin (FBN: 109698)<br>1395 Brickell Ave, Suite 610<br>Miami, Florida 33131<br>Telephone: (305) 357-2107<br>Facsimile: (305) 200-8801<br>ejackson@hedinllp.com<br>fhedin@hedinllp.com<br><br>Matthew J. Langley (FBN: 97331)<br>ALMEIDA LAW GROUP LLC<br>849 W. Webster Avenue<br>Chicago, Illinois 60614<br>(312) 576-3024<br>matt@almeidalawgroup.com<br><br>*Counsel for Plaintiff and Putative Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

/s/ Elliot O. Jackson